

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00343-CR

| | | |
|---|---|---|
| Cameron Byram | § | From County Criminal Court No. 1 |
| | § | of Tarrant County (1332976) |
| | § | October 15, 2015 |
| v. | § | Opinion by Justice Meier |
| | § | Dissent by Justice Walker |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for a new trial or further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier